# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOSE EDUARDO DOMINGUEZ PEREZ,<br><br>    Petitioner,<br><br>v.<br><br>TRINITY MINTER, Warden of West Tennessee Detention Facility; SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE's Enforcement and Removal Operations Division; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and PAMELA BONDI, U.S. Attorney General,<br><br>    Respondents. | No. 2:26-cv-02166-SHL-cgc |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On February 19, 2026, Petitioner Jose Eduardo Dominguez Perez filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) Dominguez Perez challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks either a bond hearing or release, arguing that, due to Respondents' "indefensible interpretation of immigration statutes," he has been detained "without the possibility of release on bond, even though he has resided in the United States for more than 20 years and has two children who are U.S. citizens." (Id. at PageID 1–2.)

Upon review of the Petition, it is **ORDERED** as follows:

(1) Dominguez Perez shall, within **five days** of this Order, **serve one copy each of the Petition (ECF No. 1) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the

following address:

>Stuart Canale, Assistant United States Attorney
>United States Attorney's Office
>167 North Main Street
>Suite 800
>Memphis, TN 38103

Additionally, Dominguez Perez shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)     Within **five days** after Dominguez Perez fully complies with the above requirement, Respondents shall respond to the Petition in writing.

(3)     Dominguez Perez may file a reply within **two days** after Respondents' responsive filing.

(4)     Respondents shall not transfer Dominguez Perez out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 23rd day of February, 2026.

>s/ Sheryl H. Lipman
>SHERYL H. LIPMAN
>CHIEF UNITED STATES DISTRICT JUDGE