IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOSE EDUARDO DOMINGUEZ PEREZ, <br><br> Petitioner, <br><br> v. <br><br> TRINITY MINTER, Warden of West Tennessee Detention Facility; SCOTT LADWIG, in his official capacity as Acting Director of the New Orleans Field Office of ICE's Enforcement and Removal Operations Division; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and PAMELA BONDI, U.S. Attorney General, <br><br> Respondents. | No. 2:26-cv-02166-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed February 19, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 10), filed March 3, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 10, 2026
Date